UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN J. BONIVERT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF CLARKSTON, et al.,<br><br>　　　　　Defendants. | NO: 2:14-CV-0056-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice. ECF No. 136. The parties have stipulated to the dismissal of all plaintiff's claims with prejudice.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 | The District Court Executive is hereby directed to enter this Order, enter

2 | Judgment of Dismissal, provide copies to counsel, and **CLOSE** the file.

3 | **DATED** September 4, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2